# EXHIBIT A

STATE OF NORTH CAROLINA　　　　　IN THE GENERAL COURT OF JUSTICE
　　　　　　　　　　　　　　　　　　　　SUPERIOR COURT DIVISION
COUNTY OF CABARRUS　　　　　　　　20-CVS-2565

BRIAN LILLIE and wife TRACY LILLIE,
ENTERPRISE HOLDINGS GROUP LLC
d/b/a COLUBRIS VENTURES, ECREATIVE
GROUP, INC., and THREE WIDE MEDIA,
LLC,

　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

vs.

ALAN JOHN HANKE and LUIS ALBERTO
GUERRA

　　　　　　　　　Defendants.

E. Garrison White, being duly sworn, deposes and says:

1. That he is the attorney for Brian Lillie and Tracy Lillie, Enterprise Holdings Group LLC, eCreative Group, Inc., and Three Wide Media, LLC, in the above-entitled action.

2. That a Civil Summons and Complaint in this action was deposited in the United States Post Office for mailing to Luis Alberto Guerra by certified mail, return receipt requested.

3. That it was in fact received by Luis Alberto Guerra on or about September 4, 2020, as evidenced by the registry receipt and U.S. Postal Service internet tracking report attached hereto.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　E. Garrison White
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　71 McCachern Boulevard, SE
　　　　　　　　　　　　　　　　　Post Office Box 368
　　　　　　　　　　　　　　　　　Concord, North Carolina 28026-0368
　　　　　　　　　　　　　　　　　Telephone: (704) 786-5161

Sworn to and subscribed before me
This __11__ day of September, 2020.

_____
Rachel Ortez, Notary Public
My commission expires: __11-4-2023__

# USPS Tracking®

FAQs >

### Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70183090000118018722

Your item was delivered to an individual at the address at 6:40 pm on September 4, 2020 in HOLLYWOOD, FL 33019.

## ✓ Delivered

September 4, 2020 at 6:40 pm
Delivered, Left with Individual
HOLLYWOOD, FL 33019

Get Updates ∨

---

**Text & Email Updates** ∨

**Tracking History** ∧

September 4, 2020, 6:40 pm
Delivered, Left with Individual
HOLLYWOOD, FL 33019
Your item was delivered to an individual at the address at 6:40 pm on September 4, 2020 in HOLLYWOOD, FL 33019.

**Product Information** ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Cov, D | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Luis Alberto Rivera<br>3901 S. Ocean Dr., Apt. 11D<br>Hollywood, FL 33019 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 9590 9402 3266 7196 0273 88 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7018 3090 0001 1801 8722 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt