# EXHIBIT B

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF CABARRUS      20-CVS-2565

BRIAN LILLIE and wife TRACY LILLIE, ENTERPRISE HOLDINGS GROUP LLC d/b/a COLUBRIS VENTURES, ECREATIVE GROUP, INC., and THREE WIDE MEDIA, LLC,

    Plaintiffs,

vs.

ALAN JOHN HANKE and LUIS ALBERTO GUERRA

    Defendants.

**AFFIDAVIT OF SERVICE**

E. Garrison White, being duly sworn, deposes and says:

1. That he is the attorney for Brian Lillie and Tracy Lillie, Enterprise Holdings Group LLC, eCreative Group, Inc., and Three Wide Media, LLC, in the above-entitled action.

2. That a Civil Summons and Complaint in this action was deposited in the United States Post Office for mailing to Alan John Hanke by certified mail, return receipt requested.

3. That it was in fact received by Alan John Hanke, on or about September 5, 2020, as evidenced by the registry receipt and U.S. Postal Service internet tracking report attached hereto.

E. Garrison White
Attorney for Plaintiffs
71 McCachern Boulevard, SE
Post Office Box 368
Concord, North Carolina 28026-0368
Telephone: (704) 786-5161

Sworn to and subscribed before me
This 11 day of September, 2020.

Rachel Ortez, Notary Public
My commission expires: 11-4-2023

# USPS Tracking®

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=ho_nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70183090000118018739

Your item was delivered to an individual at the address at 3:21 pm on September 5, 2020 in CRYSTAL LAKE, IL 60014.

## ✓ Delivered

September 5, 2020 at 3:21 pm
Delivered, Left with Individual
CRYSTAL LAKE, IL 60014

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

September 5, 2020, 3:21 pm
Delivered, Left with Individual
CRYSTAL LAKE, IL 60014
Your item was delivered to an individual at the address at 3:21 pm on September 5, 2020 in CRYSTAL LAKE, IL 60014.

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  a. Hanke    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): L L C19    C. Date of Delivery: 9-5-20 |
| 1. Article Addressed to:<br>Alan John Hanke<br>4121 Wyndwood Dr.<br>Crystal Lake, IL 60014 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3266 7196 0273 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7018 3090 0001 1801 8739 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt