# EXHIBIT D

| From: | Garrison White |
|---|---|
| To: | Ryan Arnold |
| Subject: | RE: Lillie et al v. Guerra et al- Affidavit of Service |
| Date: | Friday, October 2, 2020 10:17:43 AM |

Ryan,

This is to confirm that our clients will not stipulate that their damages are less than $75,000.00. I'll be responding to your other emails shortly with copies of the pleadings.

Best,
Garrison

**E. Garrison White**
**Hartsell & Williams, P.A.**
71 McCachern Boulevard
Post Office Box 368
Concord, NC 28026-0368
(704) 786-5161 (phone)
(704) 788-8058 (fax)
gwhite@hwpalaw.com
www.hwpalaw.com

**From:** Ryan Arnold <rarnold@rosenwoodrose.com>
**Sent:** Thursday, October 1, 2020 3:35 PM
**To:** Garrison White <gwhite@hwpalaw.com>
**Subject:** RE: Lillie et al v. Guerra et al- Affidavit of Service

Garrison,
Additionally, I understand from our call yesterday that your clients will not stipulate that their damages are less than $75,000.00. If you would confirm that understanding by way of response to this email, I would appreciate it.

Thanks,
Ryan

**Ryan M. Arnold**

ASSOCIATE
ROSENWOOD, ROSE & LITWAK, PLLC
E RARNOLD@ROSENWOODROSE.COM
ROSENWOODROSE.COM

P 704.228.8580   M 336.264.3063
F 704.371.6400
1712 EUCLID AVENUE
CHARLOTTE, NC 28203

VCARD   LINKEDIN

The information contained in this email is privileged and confidential information intended only for review by the addressee(s). Please do not read, copy, or disseminate this communication unless you are the intended addressee. If you have received this email in error, please destroy the communication. Thank you for your cooperation.

**From:** Ryan Arnold
**Sent:** Thursday, October 1, 2020 3:10 PM
**To:** 'gwhite@hwpalaw.com' <gwhite@hwpalaw.com>
**Subject:** Lillie et al v. Guerra et al- Affidavit of Service

Garrison-
It was good speaking with you yesterday. Would you mind sending me a copy of the affidavit of service in this one?

Thanks,
Ryan


### Ryan M. Arnold

ASSOCIATE
ROSENWOOD, ROSE & LITWAK, PLLC
E [RARNOLD@ROSENWOODROSE.COM](mailto:RARNOLD@ROSENWOODROSE.COM)
ROSENWOODROSE.COM

P 704.228.8580    M 336.264.3063
F 704.371.6400
1712 EUCLID AVENUE
CHARLOTTE, NC 28203

VCARD  LINKEDIN

The information contained in this email is privileged and confidential information intended only for review by the addressee(s). Please do not read, copy, or disseminate this communication unless you are the intended addressee. If you have received this email in error, please destroy the communication. Thank you for your cooperation.

Case 1:20-cv-00905-WO-LPA   Document 1-4   Filed 10/02/20   Page 3 of 3